UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Barry A Powell,<br><br>                Petitioner,<br><br>    v.<br><br>Mike Obenland,<br><br>                Respondent. | CASE NO. C17-5341 RJB-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: July 14, 2017 |

This case has been referred to United States Magistrate Judge David W. Christel pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. On May 17, 2017, Petitioner file Motion for Leave to Proceed *In Forma Pauperis* ("IFP Application"). Dkt. 4. The same day, the Clerk's Office notified Petitioner of the deficiencies in his IFP Application and directed Petitioner to provide a copy of his prison trust account statement. Dkt. 5. On June 2, 2017, Petitioner paid the filing fee. Dkt. entry dated June 2, 2017.

Therefore, the undersigned recommends the Court deny Petitioner's IFP Application as moot.

REPORT AND RECOMMENDATION - 1

1  Pursuant to 28 U.S.C.§ 636(b)(1) and Fed. R. Civ. P. 72(b), Petitioner shall have fourteen
2  (14) days from service of this Report and Recommendation to file written objections thereto. *See*
3  *also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for
4  purposes of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit
5  imposed by Rule 72(b), the Clerk is directed set this matter for consideration on **July 14, 2017**,
6  as noted in the caption.

Dated this 13th day of June, 2017.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge