UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARRY A. POWELL,<br><br>                Plaintiff,<br>   v.<br><br>MIKE OBENLAND<br><br>                Defendants. | CASE # 3:17-cv-05341-RJB-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

THIS MATTER comes before the Court on the Report and Recommendation of Magistrate Judge David W. Christel. Dkt. 9. The Court has considered the R&R, Plaintiff's Application to Proceed In Forma Pauperis (Dkt.4), and the remainder of the file herein.

The Court HEREBY ADOPTS the Report and Recommendation (Dkt. 9), which recommends denying Plaintiff's Application to Proceed In Forma Pauperis as moot, because Plaintiff has paid the filing fee. The application (Dkt. 4) is HEREBY DENIED as moot.

IT IS SO ORDERED.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

1    The Clerk is directed to send uncertified copies of this Order to all counsel of record and

2  to any party appearing pro se at said party's last known address.

3    Dated this 24th day of July, 2017.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS - 2