UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARRY A POWELL,<br><br>                Petitioner,<br>     v.<br><br>MIKE OBENLAND,<br><br>                Respondent. | No. 3:17-CV-05341-RJB-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 21).

(2) Petitioner's federal habeas Petition is DISMISSED WITHOUT PREJUDICE. Petitioner has made no showing that he has exhausted State remedies. *See* 28 U.S.C. §2254(b)(1)(A).

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 18th day of December, 2017.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1